

# Missouri Court of Appeals
## Southern District

**APRIL 22, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33909

    Re:  JENNIFER R. BROWN,
         Claimant-Respondent,
         vs.
         NESTLE PURINA PETCARE
         COMPANY,
         Employer-Appellant,
         and AMERICAN HOME ASSURANCE
         COMPANY,
         Insurer-Appellant.